IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY D. DAVIS, | ) | No. C 03-4412 JSW (PR) |
| Plaintiff, | ) ) | **ORDER REGARDING STATEMENT OF DEATH** |
| v. | ) ) | |
| DONALD CALVO, ET AL., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

      Plaintiff Larry D. Davis, a state prisoner confined at San Quentin State Prison (SQSP), filed this *pro se* civil rights complaint under 42 U.S.C. § 1983. On August 5, 2005, Van Pelt and Dawson filed a motion for summary judgment. Plaintiff apparently died in September and had not filed an opposition to the motion prior to his death. On March 3, 2006, the Court granted summary judgment to Defendants Van Pelt and Dawson based in part on Plaintiff's failure to oppose the motion and directed Plaintiff to file a notice of his continued intent to prosecute this action against Calvo, whose address was provided to the Court by defense counsel on February 17, 2006.

      Thereafter, the Court's order sent to Plaintiff was returned to sender with a notation that the order was undeliverable, at which time the Court became aware of Plaintiff's death. On April 6, 2002, this Court requested defense counsel to file a notice of statement of death without providing a date by which the notice must be filed (docket no. 32). More than sixty days have passed and Defendants have not responded to the Court's order.

1 | In this case, summary judgment in favor of Defendants was granted in the absence of an opposition from Plaintiff, who had died prior to the Court's resolution of the motion. Although judgment has already been rendered in favor of Defendants, because it was rendered after Plaintiff's death, it is necessary to provide notice in the form of a statement of death to Plaintiff's successors. As such, the Court orders defense counsel within thirty days of the date of this order file a statement of death pursuant to Fed. R. Civ. P. 25(a)(1), serve Plaintiff's representative or successor as set forth in the Court's earlier order and notify the Court of the name and address of the individual so notified.

IT IS SO ORDERED.

DATED: June 14, 2006

*Jeffrey S. White*
JEFFREY S. WHITE
United States District Judge

2